UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN C. BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>GITIAN, et al.,<br><br>    Defendants. | Case No. 25-cv-10502-HSG<br><br>**ORDER SUA SPONTE GRANTING EXTENSION OF TIME TO COMPLY WITH GENERAL ORDER NO. 76** |

On December 8, 2025, the Court received a *pro se* civil rights complaint and other case-initiating documents from Plaintiff via postal mail. Dkt. Nos. 1, 2. That same day, the Court informed Plaintiff that this action was deficient because he had not submitted his case-initiating documents via electronic mail as required by the Northern District of California's General Order No. 76 ("GO 76").[1] Dkt. No. 1 at 1. The Court informed Plaintiff that he must comply with GO 76 by December 22, 2025, or this action would be dismissed. Dkt. No. 1 at 1. The deadline has passed, and Plaintiff has neither complied with GO 76, nor has he communicated with the Court.

In the interest of justice, the Court *sua sponte* GRANTS Plaintiff an extension of time to January 30, 2026, to comply with GO 76's electronic filing obligations. The Clerk is directed to send to Plaintiff by United States postal mail a courtesy copy of the case-initiating documents, which are docketed at Dkt. Nos. 1, 2. Pursuant to GO 76, Plaintiff must file these documents via electronic mail. If Plaintiff is unable to comply with GO 76, he may file a motion for leave to file the complaint and the *in forma pauperis* application. The motion must show good cause for

---

[1] N.D. Cal. GO 76 requires prisoners within the custody of certain California Department of Corrections and Rehabilitations ("CDCR") institutions, including San Quentin Rehabilitation Center, to submit case-initiating documents for civil rights cases via electronic mail. N.D. Cal. GO 76.

1   Plaintiff's inability to resubmit his case-initiating documents to the Court using prison email, may
2   be sent to the Court by postal mail, and must be filed by January 30, 2026.  Failure to comply with
3   the deadlines set forth in this action may result in dismissal of this action without prejudice.
4   **IT IS SO ORDERED.**
5   Dated:  1/14/2026

    HAYWOOD S. GILLIAM, JR.
    United States District Judge

2