United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN C. BROWN,<br>Plaintiff,<br>v.<br>GITIAN, et al.,<br>Defendants. | Case No. 25-cv-10502-HSG<br>**JUDGMENT** |

The Court has DISMISSED this action with prejudice for failure to state a claim. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 7/31/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge